# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO LIGHTFOOT**, | : | CIVIL ACTION NO. 4:10-CV-595 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **JULIA COLTON-BELL**, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 26th day of January, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Martin C. Carlson (Doc. 15), recommending that plaintiff's complaint be dismissed without prejudice for failure of service under Rule 4 of the Federal Rules of Civil Procedure, and, following an independent review of the record and noting that plaintiff filed objections[1] to the report on December 23, 2010 (Doc. 16), and the court finding Judge Carlson's analysis to be thorough and well-reasoned, and the court finding plaintiff's objections to be without merit and squarely addressed by Judge Carlson's report (Doc. 15), it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The report of Magistrate Judge Carlson (Doc. 15) is ADOPTED in its entirety.

2. Plaintiff's complaint is DISMISSED without prejudice for failure of service under Rule 4 of the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to CLOSE this matter.


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge