**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTONIO LIGHTFOOT,** | : | **CIVIL ACTION NO. 4:10-CV-595** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **JULIA COLTON-BELL,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 22nd day of March, 2011, upon consideration of plaintiff's motion for reconsideration/relief from judgment pursuant to Fed. R. Civ. P. 59(e) and 60(b) (Doc. 19), and the court having adopted the Report of the Honorable Martin C. Carlson in its entirety, including the magistrate judge's observations of the jurisdictional defects readily apparent from the face of the complaint, it is hereby ORDERED that plaintiff's motion (Doc. 19) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge